UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE NOEL NUNN,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>ELY STATE PRISON, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01797-RFB-EJY<br><br>**ORDER** |

On October 18, 2024, the Court issued an Order instructing Plaintiff to either pay the $405 filing fee for a civil action or file a complete application to proceed *in forma pauperis* ("IFP") no later than November 22, 2024. ECF No. 3. Instead, Plaintiff filed a single page document with 14 case numbers and the words *in forma pauperis* written on it. ECF No. 4. Plaintiff has not filed an application to proceed *in forma pauperis* or any supporting financial documents. In light of Plaintiff's filing, and his *pro se* status, the Court will give him one final opportunity to file a complete application to proceed *in forma pauperis*.

Plaintiff must pay the filing fee or complete an application to proceed *in forma pauperis*. To proceed *in forma pauperis*, that is, without **prepaying** the filing fee, Plaintiff must comply with 28 U.S.C. § 1915(a) and Local Rule LSR 1-2. This requires Plaintiff to submit **three** required documents to the Court including: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (*i.e.* page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, IT IS HEREBY ORDERED that no later than **March 7, 2025**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate**

properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send to Plaintiff (1) the application to proceed *in forma pauperis* for inmates and the information and instructions for filing the same.

IT IS FURTHER ORDERED that failure to pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **March 7, 2025**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

Dated this 4th day of February, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

.